```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 07861
   WALLACE J COPELAND III
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-4257
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/05/06 and confirmed on 09/14/06.

   2.  The case was converted to Chapter 7 after confirmation, 12/28/2007.

   3.  The Debtor paid a total of $   1989.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TOYOTA MOTOR CREDIT CORP | SECURED | .00 | .00 | .00 |
| EMPRESS CASINO JOLIET CO | UNSECURED | NOT FILED | .00 | .00 |
| FIRST REPUBLIC PROPERTIE | UNSECURED | NOT FILED | .00 | .00 |
| NAVISTAR FINANCIAL | UNSECURED | 18145.34 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8218.43 | .00 | .00 |

       Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 26363.77 | .00 | 26363.77 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, PATRICK A MESZAROS        , was allowed $   3000.00
and was paid $    700.00  direct and $   1905.35  through the plan.

The Trustee received $     83.65 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 03/11/08                    /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE

```
                              PAGE   2
       CASE NO. 06 B 07861 WALLACE J COPELAND III
```